UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENOVO LIGHTING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:16-cv-05965-MSS |
| v. ) | |
| ) | Jury Trial Demanded |
| NORMAN LAMPS INC. ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

Plaintiff DeNovo Lighting, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Norman Lamps Inc. has not yet answered the Complaint. Accordingly, DeNovo Lighting, LLC voluntarily dismisses this action against Norman Lamps Inc. with prejudice pursuant to Rule 41(a)(1).

Dated: June 17, 2016    Respectfully submitted,
DENOVO LIGHTING, LLC


By: /s/ Michael A. Dorfman
One of its attorneys

Michael A. Dorfman (ARDC No.: 6255860)
Matthew M. Holub (ARDC No.: 6309263)
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
312-902-5200 telephone
312-902-1061 facsimile
michael.dorfman@kattenlaw.com
matthew.holub@kattenlaw.com